No. 71–6545. SWEENEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 71–6548. SPINELLI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6559. McREYNOLDS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 71–6560. MAYBERRY v. YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 71–6561. LAIETTA v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 71–6562. LAFAY v. FRITZ, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–6563. HACKER v. GAFFNEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 71–6577. DOCKERY v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 71–6578. PILLIS ET AL. v. GOVERNOR OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–6581. LOPEZ v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 71–6590. MOORE v. POWELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 71–6591. CARUSO v. NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 71–6597. JUNIOR v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.